**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., SPECIAL SITUATIONS PRIVATE EQUITY FUND, L.P., and DAVID M. GREENHOUSE,

Plaintiffs,

v.

STEVEN F. SANTO, BARRY GORDON, A. CLINTON ALLEN, STEPHANIE CUSKLEY, RICHARD B. DEWOLFE, ARTHUR H. GOLDBERG, ROBERT LEPOFSKY, and RICHARD A. PYTAK, JR.,

Defendants.

Case No. 8:14-CV-02611-EAK-EAJ

**JOINT STATUS REPORT AND MOTION TO FURTHER STAY PROCEEDINGS**

Plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., Special Situations Private Equity Fund, L.P., and David M. Greenhouse, and Defendants Steven F. Santo, Barry Gordon, A. Clinton Allen, Stephanie Cuskley, Richard B. DeWolfe, Arthur H. Goldberg, Robert Lepofsky, and Richard A. Pytak, Jr., for good cause and by agreement hereby file this Joint Status Report and Motion to Further Stay Proceedings. In support thereof, the parties state as follows:

1. The Plaintiffs filed their First Amended Complaint on November 3, 2014.

2. The Defendants are former directors and officers of Avantair, Inc., the debtor in a proceeding under Chapter 7 of the Bankruptcy Code styled *In re Avantair, Inc.*, Case No. 8:13-bk-09719-CPM, currently pending before the United States Bankruptcy Court for the Middle District of Florida.

3. On January 8, 2015, upon the parties' joint motion, this Court entered an Order staying the instant proceedings and administratively closing this case to allow the parties to participate in a pre-suit mediation ordered in the bankruptcy proceeding pending before United States Bankruptcy Judge Catherine Peek McEwen (Doc. 22).

4. The parties participated in that pre-suit mediation on April 23-24, 2015. The mediation also included other claimants who have threatened or asserted claims against certain of Avantair's former directors and officers.

5. At that pre-suit mediation and in subsequent negotiations, the parties reached a resolution. That resolution includes a settlement of the claims asserted by the Plaintiffs in the instant action before this Court.

6. As the parties to this case advised the Court in earlier Joint Status Reports and Motions to Further Stay Proceedings, the resolution of the threatened and asserted claims must be approved by the Bankruptcy Court (Docs. 29, 31, 33, 35, 37). In order to seek Bankruptcy Court approval, this Court stayed the instant action until September 1, 2016, and directed the parties to file a status report on or before that date (Doc. 38).

7. Accordingly, the parties file this Joint Status Report and Motion to Further Stay Proceedings. Since the parties filed their most recent Joint Status Report and Motion to Further Stay Proceedings, the Bankruptcy Court held additional hearings on matters that bear upon the proposed settlement. The Bankruptcy Court has set additional hearings beginning on November 16, 2016. It is not known whether the Bankruptcy Court will take the matter under advisement at the conclusion of those hearings or issue a ruling from the bench.

WHEREFORE, the parties respectfully request that the Court enter an Order further staying these proceedings until January 6, 2017, to allow the parties to seek Bankruptcy Court approval for the settlement of this case as part of the settlement of the other related claims. The parties further request that they be permitted to file with this Court a joint status report on or before January 6, 2017, advising this Court as to their progress, including the outcome of the remaining hearings before the Bankruptcy Court.

DATED: September 1, 2016

*/s/ J. Ron Denman*
J. Ron Denman
Florida Bar No. 0863475
Christina Hebert
Florida Bar No. 0065005
THE BLEAKLEY BAVOL LAW FIRM
15170 N. Florida Avenue
Tampa, Florida 33613
Telephone: (813) 221-3759
Facsimile: (813) 221-3198

*/s/ Joseph W. Swanson*
Donald R. Kirk
Florida Bar No. 0105767
dkirk@carltonfields.com
Joseph W. Swanson
Florida Bar No. 29618
jswanson@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
*Counsel for Defendant Richard A. Pytak, Jr.*

*/s/ Steven M. Hecht*
Steven M. Hecht
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
shecht@lowenstein.com
*Counsel for Plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., Special Situations Private Equity Fund, L.P., and David M. Greenhouse*

*/s/ Marcos E. Hasbun*
Marcos E. Hasbun
Florida Bar No. 145270
mhasbun@zuckerman.com
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd., Suite 1200
Tampa, FL 33602
Telephone: (813) 221-1010
Facsimile: (813) 223-7961
*Counsel for Defendant Steven F. Santo*

*/s/ Dennis J. LeVine*
Dennis J. LeVine
Florida Bar No. 375993
dlevine@kelleykronenberg.com
KELLEY KRONENBERG
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607

Telephone: (813) 223-1697
Facsimile: (813) 433-5275
*Counsel for Defendants Barry Gordon, A. Clinton Allen, Stephanie Cuskley, Richard B. DeWolfe, Arthur H. Goldberg, and Robert Lepofsky*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 1, 2016, a true and correct copy of the foregoing document was served electronically on all parties registered to receive filings in this case via the CM/ECF notification system as of that date.

*/s/ Joseph W. Swanson*
Florida Bar No. 29618



108666413.2